FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 JAN 10 AM 11:45

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
## OMAHA DIVISION

**JOSEPH CLARK,**
General Delivery
117 5th Avenue, S.W.
Minot, North Dakota 58701

    **PLAINTIFF,**

v.

**ALLIED MIDWEST, INC.,**
828 North 133rd Street
Omaha, Nebraska 68154

    and

**MIDWEST INN, INC.,**
4706 South 108th Street
Omaha, Nebraska 68137

    and

**DMK INVESTMENTS, LLC**
2523 Farnam Street
Omaha, Nebraska 68131

    and

**BLACKSTONE HOTEL, LLC**
3814 Farnam Street, #201
Omaha, Nebraska 68131

    and

**OM SRI SAI, LLC**
3962 South 184th Avenue
Omaha, Nebraska 68130

Hon._____

Hon._____

Case no. **8:24 CV 10**

**COMPLAINT FOR MONETARY, INJUNCTIVE AND DECLARATORY RELIEF**

**JURY TRIAL DEMANDED**

RECEIVED
JAN 10 2024
CLERK
U.S. DISTRICT COURT

and

**CHICAGO STREET HOTEL ASSOCIATION, LLC**
801 East Second Avenue, #200
Coralville, Iowa 52241

**DEFENDANTS.**

## I. Jurisdiction

This honorable court retains jurisdiction to adjudicate this case pursuant to **28 U.S.C. 1331** and **1343**. Jurisdiction is further conferred pursuant to **42 U.S.C. 12181,** the Americans with Disabilities Act.

## II. Venue

Venue is proper in the District of Nebraska, Omaha Division, because all of the subject properties are located within this court's territorial jurisdiction.

## III. Complaint

1. Each defendant listed herein owns and operates a hotel that is a place of public accommodation as defined by the Americans with Disabilities Act and the rules and regulations implementing that act. **28 C.F.R. 36.201(a)** and **36.104.**

2. As the owner of a place of public accommadation, each defendant listed herein is responsible for complying with the Americans with Disabilities Act.

3. Section 2, Chapter 242 of the Americans with Disabilities Act mandates that swimming pools at places of public accommodation have at least one pool lift; two (2) pool lifts is the pool is 300 linears or more. Said section and chapter further requires one lift for each hot tub.

4. Planning a trip to Omaha with a friend, and looking for a hotel that could accommodate this plaintiff, this plaintiff contacted each hotel listed below so that he could book a room. However, as described below, he was advised that hotels listed below are *not* in compliance with the Americans with Disabilities Act.

5. The defendant **Allied Midwest, LLC,** owns and operates the Sonesta ES Suites located at 6990 Dodge Street in Omaha. They have no lift for the pool.

6. The defendant, **Midwest Inn, Inc.,** owns and operates the Best Western hotel located at 4706 South 108th Street in Omaha. They do not have a lift for the pool or the hot tub.

7. The defendant, **DMK Investments, LLC,** owns and operates the Holiday Inn located at 1420 Cuming Street in Omaha. They do not have a lift for the pool or hot tub.

8. The defendant, **Blackstone Hotel, LLC,** owns and operates the Kimpton Cottonwood Hotel located at 302 South 36th Street in Omaha. They have no lift for the hot tub.

9. The defendant, **OM SRI SAI, LLC,** owns and operates the Quality Inn located at 9505 South 142nd Street in Omaha. They have no lift for the pool.

10. The defendant, **Chicago Street Hotel Association, LLC,** owns and operates the Home 2 Suites hotel located at 17889 Chicago Street in Omaha. They have no lift for the hot tub.

## IV. Jury Demand

Plaintiff respectfully demands a trial by jury by the maximum allowable number of jurors on all issues triable by jury.

## V. Relief Requested

**WHEREUPON,** this plaintiff respectfully requests the following relief:

**DECLARATORY** - a judgment declaring at the time this plaintiff commenced this action, each hotel listed herein was / is operating in direct violation of the Americans with Disabilities Act as described herein.

**INJUNCTIVE** - a permanent injunction pursuant to **42 U.S.C. 12188(a)(2)** and **28 C.F.R. 36.504(a)** which orders the subject properties to bring the properties into compliance with the Americans with Disabilities Act by installing permanent pool and hot tub lifts as required by sections **242.2** and **1009.2** of the 2010 standards which further directs the court shall retain jurisdiction for a period to be determined after the defendants certifies the pools and hot tubs are in full compliance with the Americans with Disabilities Act to ensure the defendants have adopted and are following an institutional policy that will in fact cause the defendants to remain in compliance with the Americans with Disabilities Act.

**MONETARY-** a reasonable amount of attorneys fees and costs.

**FINES** - this plaintiff respectfully requests this honorable court levy a fine of **$75,000.00** for each initial violation, and **$150,000.00** for any secondary

violation.

**OTHER** - Any and all other relief this honorable court may deem just and proper.

Respectfully submitted,

_____
**Joseph Clark**
Plaintiff (Pro-se)
General Delivery
117 5th Avenue, S.W.
Minot, North Dakota 58701

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joseph Clark

**DEFENDANTS**
ALLIED MIDWEST, LLC, et al,

**(b)** County of Residence of First Listed Plaintiff: Ward
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-se, General Delivery, 117 5th Avenue, S.W., Minot, North Dakota 58701

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☒ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 12181

Brief description of cause:
Hotels are in direct violation of the Americans with Disabilities Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

**DATE**: 01/07/2024
**SIGNATURE OF ATTORNEY OF RECORD**: [signature] (pro-se)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

