FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 APR 29 AM 11:13

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**JOSEPH CLARK,**         8:24-cv-00010-JFB

    PLAINTIFF,

v.                                  **NOTICE OF VOLUNTARY DISMISSAL**

**ALLIED MIDWEST, INC., et al.,**

    DEFENDANTS.

Now comes the plaintiff, Joseph Clark, by and through pro-se, and hereby voluntarily dismisses this case.

Respectfully submitted,

_____
**Joseph Clark**
Plaintiff (Pro-se)
P.O. Box 2205
Minot, North Dakota 58702

### Certificate of Service

I hereby certify that a copy of the foregoing was mailed to all defendants and counsel of record via regular U.S. mail, postage prepaid, this 25th day of April, 2024.

_____
Joseph Clark

RECEIVED
APR 29 2024
CLERK
U.S. DISTRICT COURT



FROM:
Joseph Clark
P.O. Box 2205
Minot, North Dakota
58702

RECEIVED
APR 29 2024
CLERK
U.S. DISTRICT COURT

TO:
Clerk
U.S. District Court
111 South 18th Street
# 1152
Omaha, Nebraska
68102