IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH CLARK,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALLIED MIDWEST, Inc.; MIDWEST INN, Inc.; DMK INVESTMENTS, LLC; BLACKSTONE HOTEL, LLC; and OM SRI SAI, LLC,<br><br>　　　　　　　　Defendants. | 8:24CV10<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 2, and Notice of Voluntary Dismissal, Filing No. 5. Upon review of Plaintiff's IFP Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

The Court construes Plaintiff's Notice of Voluntary Dismissal as a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41. Rule 41(a) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Plaintiff asks the Court to dismiss this action and Defendants have not been served with process. Upon consideration,

IT IS THEREFORE ORDERED that:

　　1.　　Plaintiff's Motion for Leave to Proceed IFP, Filing No. 2, is granted, and the Complaint shall be filed without payment of fees.

2

2. Plaintiff's request for dismissal of this action, Filing No. 5, is granted. Accordingly, this matter is dismissed without prejudice.

3. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 1st day of May, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2