IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED MIDWEST, Inc.; MIDWEST INN, Inc.; DMK INVESTMENTS, LLC; BLACKSTONE HOTEL, LLC; and OM SRI SAI, LLC,<br><br>    Defendants. | 8:24CV10<br><br>**JUDGMENT** |

This matter is dismissed without prejudice for the reasons discussed in the Memorandum and Order entered on this date.

Dated this 1st day of May, 2024.

                BY THE COURT:

                */s/ Joseph F. Bataillon*

                Joseph F. Bataillon
                Senior United States District Judge